224

## EDWARDS v. STATE.
No. 25587.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin for the State.

WOODLEY, Commissioner.

The conviction is for robbery; the jury having assessed the punishment at 20 years in the penitentiary.

There are no bills of exception and no statement of facts appearing in the record.

All proceedings appearing regular, the judgment is affirmed.

Opinion approved by the court.